IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01292-WDM-MJW

ROBERT SIEBERS,

Plaintiff,

v.

TRUGREEN-CHEMLAWN,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling Conference (document 15) is GRANTED.  The scheduling conference set for September 13, 2007, at 9:00 a.m. is VACATED.  Parties shall submit their joint stipulated motion to dismiss by September 27, 2007.

Date: September 10, 2007