IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01292-WDM-MJW

ROBERT SIEBERS,

    Plaintiff,

v.

TRUGREEN-CHEMLAWN,

    Defendant.

## NOTICE OF DISMISSAL

    The court construes Plaintiff's Unopposed Motion to Dismiss with Prejudice in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on October 4, 2007.

                                          BY THE COURT:


                                          s/ Walker D. Miller
                                          United States District Judge